# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 22-8097-GW-JPRx | Date | June 28, 2023 |
|---|---|---|---|
| Title | *GS Holistic, LLC v. Vape Town, Inc., et al.* | | |

| Present: The Honorable | **GEORGE H. WU, UNITED STATES DISTRICT JUDGE** | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS :    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On June 28, 2023, Plaintiff GS Holistic, LLC filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court now sets an order to show re: settlement hearing for July 31, 2023 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss/notice of dismissal is filed by noon on July 28, 2023.

_____  :  _____

Initials of Preparer     JG